Revised 05/01 WDNY
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*Juan Camilo Bonilla Tagos*
(Full name under which you were convicted)

Petitioner,

v.

*Warden, Buffalo Federal Detention*
(Name of warden, superintendent, jailor or
authorized person having custody of petitioner) *4250 Federal Detention Drive Batavia*
*New York 14020*

Respondent.

**FILED**
APR 2 0 2026
ANDREW W. MOELLER, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

Civil No.: 26 CV 783

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**
**BY A PERSON IN CUSTODY**

Petitioner's Name (and Prisoner Number, if applicable): *Juan Camilo Bonilla tagos*
*A# 241-687-518*
Petitioner's Place of Confinement: *Buffalo, Federal*

1.  Provide the following information regarding the determination which you are challenging in this petition.  (If you wish to challenge more than one determination, you  should file a separate petition for each determination.)

    * Type of determination: *Final order of removal and continued detention*

    * Who made the determination: *Immigration Judge*

    * Where was the determination made: *Batavia New York*

    * When was the determination made: *October 18/2025*

    * Did you appeal the determination?: Yes *X*   No _____

    * If you **did** appeal:
        * To whom did you appeal: *Board of Immigration Appeals BIA*
        * When was the appeal decided: *Pending*
        * What was the result of the appeal: _____

    * If you **did not** appeal, state why you did not: _____

2. State **concisely** every ground on which you claim that you are being held unlawfully. Summarize **briefly** the **facts** supporting each ground:

(a) Ground one: My continued detention is prologend and unreasonable while my appeal is pending

Supporting facts (tell your story briefly without citing cases or law): I am currently detained at the Buffalo Federal Detention Facility. I have a pending appeal before the Board of Immigration Appeals. I have been detained for a prolonged period of time whithout a final decision on my case.

(b) Ground two: I have not been provided a meaningful opportunity for release on bond

Supporting facts (tell your story briefly without citing cases or law): I have not been given a fair opportunity to request release from detention while my case is still pending. My continued detention is causing hardship

(c) Ground three: My detention violates my due process rights

Supporting facts (tell your story briefly without citing cases or law): I am being detained for an extended period without an final resolution of my appeal, this prolonged detention

(d) Ground four: My continued detention is unneccessary and excessive

Supporting facts (tell your story briefly without citing cases or law): I am not a danger to the community and I'm not a flight risk. I am willing to comply with and conditions if released

3. Have you filed any other habeas corpus applications with respect to this incarceration?
YES __X__ NO _____

If the answer is YES, please answer the following questions:

Approximate date of filing: March 2026

Court where petition filed: United States Court for the Western District of New York

Docket number of proceeding:_____

Name of judge assigned to proceeding:_____

Disposition:_____

**WHEREFORE**, the petitioner prays that the Court grant petitioner the relief to which he or she may be entitled in this proceeding. (You may also list any specific relief you wish to obtain.) _____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _April. 08/2026_        _____
                    (DATE)                              (SIGNATURE OF PETITIONER)

_____
(SIGNATURE OF ATTORNEY (IF ANY))

Case 1:26-cv-00783-JLS    Document 1    Filed 04/20/26    Page 4 of 27

# REPÚBLICA DE COLOMBIA

**PASAPORTE PASSPORT**

Tipo / Type: **P**

Cod. país / Country code: **COL**

Pasaporte Nº / Passport No.: **AZ329475**

Apellidos / Surname: **BONILLA LAGOS**

Nombres / Given names: **JUAN CAMILO**

Nacionalidad / Nationality: **COLOMBIANA**

Fecha de nacimiento / Date of birth: **05 DIC/DEC 1993**

Sexo / Sex: **M**

Lugar de nacimiento / Place of birth: **BOGOTA COL**

Fecha de expedición / Date of issue: **22 JUL/JUL 2022**

Fecha de vencimiento / Date of expiry: **21 JUL/JUL 2032**

Núm. personal / Personal No.: **CC1024547048**

Autoridad / Authority: **C. NUEVA YORK**

Firma del titular / Holder's signature



```
P<COLBONILLA<LAGOS<<JUAN<CAMILO<<<<<<<<<<<<<<
AZ329475<7COL9312052M3207213CC1024547048<<54
```



## U.S. Immigration and Customs Enforcement

## <u>Special Needs Form</u>

| | |
|---|---|
| PATIENT NAME: BONILLA-LAGOS, JUAN CAMILO | FACILITY: Buffalo SPC |
| A: 241687518 | SubID: 400435149 |

I have reviewed the patient's record and I have found that patient will need the following Special Needs/Special Requirements

1. Suicide Watch : BEDDING: One Safety Mattress ( 03/14/2026 - 03/21/2026 )
2. Suicide Watch : CLOTHING: One Safety Gown/Smock ( 03/14/2026 - 03/21/2026 )
3. Suicide Watch : DIET: Finger foods only and no hot liquids ( 03/14/2026 - 03/21/2026 )
4. Suicide Watch : HOUSING: Admit to segregation unit for 1:1 continuous observation ( 03/14/2026 - 03/21/2026 )
5. Suicide Watch : HOUSING: Admit to special housing unit for 1:1 continuous observation ( 03/14/2026 - 03/21/2026 )
6. Suicide Watch : HYGIENE: Toilet paper must be removed from room when not in use ( 03/14/2026 - 03/21/2026 )
7. Suicide Watch : HYGIENE: Oral hygiene items as authorized by a behavioral health provider or physician ( 03/14/2026 - 03/21/2026 )
8. Suicide Watch : Collect and remove all hygiene items when not in use ( 03/14/2026 - 03/21/2026 )
9. Suicide Watch : LINENS: One Safety Blanket ( 03/14/2026 - 03/21/2026 )
10. Suicide Watch : RESTRICTION: No shower, recreation, or visitation unless authorized by a behavioral health provider or physician ( 03/14/2026 - 03/21/2026 )

> Electronically signed by:
>
> McGrath RN, Megan L
> 03/14/2026
> 11:42
>
> Print Name/Date/Time

Judgment in a Civil Case

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____


Juan Camilo Bonilla Lagos

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:26-cv-00550

v.


Warden, Buffalo Federal Detention Facility


☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice


Date: March 26, 2026                          ANDREW W. MOELLER
                                              CLERK OF COURT

                                              By: s/Tatiana
                                                  Deputy Clerk

Uploaded on: 12/31/2025 at 11:44:45 AM (Eastern Standard Time)  Base City: BTV



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

## Payment Receipt

A payment has been processed for the following case before the Executive Office for Immigration Review.

For cases before the Immigration Court, please contact the Court that is currently hearing your case for questions regarding payment. For cases before the Board of Immigration Appeals (BIA), please contact the BIA Clerk's Office for questions regarding payment at (703) 605-1007.

A copy of this receipt must be included with the application, motion, or appeal that is filed with the Immigration Court or the BIA Clerk's Office. Failure to include a receipt showing proof of payment will result in rejection of the filing.

**A-Number:**    241-687-518

**Payment Tracking ID: 27UBBT81**

**Payment Processed On: 12/31/2025 11:35:57 AM EST**

**Filing Type: Court - I-589, Application for Asylum (Initial Fee)**

**Payment Type: PLASTIC_CARD**

**Payment Amount: $100.00**

Save or print this receipt immediately. A copy will not be sent via email. The tracking ID is required to retrieve a duplicate receipt.

*Please note there is an **annual fee** for all asylum applications, which is due on the anniversary of each calendar year that an alien's asylum application remains pending; no fee-waiver or reduction in fee is permitted. **This fee must be paid timely;** failure to pay within 30 days of the anniversary due date will likely result in pretermission of the asylum application and an order of removal. This will be the only notice that the alien will receive regarding this annual payment requirement. Payment of this fee can be made at https://epay.eoir.justice.gov/index.

Current annual fee amounts can be found at www.justice.gov/eoir/types-appeals-motions-and-required-fees.

EOIR – 2 of 3

Exh. 4 - ID Only

Immigration Judge: Lohr, Brandi 01/22/2026

Appeal:    Department of Homeland Security:  ☑ waived   ☐ reserved
           Respondent:                      ☑ waived   ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : BONILLA-LAGOS, JUAN CAMILO | A-Number : 241-687-518

Riders:

Date: 01/22/2026 By: Cavar, Sandi, Court Staff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
MAR 2 5 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

_____

JUAN CAMILO BONILLA LAGOS,

       Petitioner,

    v. 

WARDEN, BUFFALO FEDERAL
DETENTION FACILITY,

       Respondent.

_____

26-CV-550 (JLS)

## DECISION AND ORDER

*Pro se* petitioner Juan Camilo Bonilla Lagos is detained at the Buffalo Federal Detention Facility and seeks to challenge that detention by filing this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. Dkt. 1. While Juan Camilo Bonilla Lagos is listed as the petitioner in the caption of this petition, the petition is signed by his brother Oscar Bonilla ("Bonilla"), who seeks to proceed as "next friend" on Petitioner's behalf. *Id.* at 1–3. Bonilla also filed a motion to proceed *in forma pauperis* on Petitioner's behalf. Dkt. 2.

By **April 24, 2026**, Oscar Bonilla must file an amended petition demonstrating that he has standing to proceed on behalf of Petitioner. Alternatively, Petitioner may file a petition on his own behalf in a new action.

## DISCUSSION

An "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242; *see also* Rule 2(c)(5) of the Rules Governing Section 2254 Cases.[1] This so-called "next friend status is not automatically given to whomever seeks to pursue habeas relief for another person[;] the next friend must provide an adequate explanation (such as inaccessibility, mental incompetence, or other disability) to justify the intervention[.]" *Clark v. Burge*, No. 06CV658, 2007 WL 1199475, at *2 (W.D.N.Y. Apr. 19, 2007) (citing *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990) (capital habeas)); *see also Chinnery by Connally Bey v. Spano*, No. 22-CV-6680 (MKV), 2023 WL 316534, at *1 (S.D.N.Y. Jan. 19, 2023) (discussing "next friend" status in the context of a Section 2241 petition).

The "'next friend' 'must be truly dedicated to the best interests of the person on whose behalf he seeks to litigate' and 'have some significant relationship with the real party in interest." *In re Flynn*, No. 25-CV-655 (SFR), 2025 WL 1426094, at *1 (D. Conn. May 16, 2025) (quoting *Whitmore*, 495 U.S. at 163–64). The "next friend has the burden "clearly to establish the propriety of h[er] status and thereby justify the jurisdiction of the court." *Id.* (quoting *Whitmore*, 495 U.S. at 164). Where, as here, "the application for habeas corpus filed by a would-be 'next friend' does not set forth an adequate reason or explanation of the necessity for resort to

---

[1] The Rules Governing Section 2254 Cases are made applicable to Section 2241 petitions by Rule 1(b) thereof. *See* Rules Governing § 2254 Cases, Rule 1(b).

2

the 'next friend' device, the court is without jurisdiction to consider the petition[.]" *Clark,* 2007 WL 1199475, at *2 (quoting *Weber v. Garza,* 570 F.2d 511, 514. (5th Cir. 1978)).

Bonilla's declaration states that he is Petitioner's brother and "maintains a significant personal relationship with him." Dkt. 1, at 2. Bonilla further states that Petitioner is "unable to adequately prepare and file this petition himself" because of "the limitations of detention and restricted access to legal resources[.]" *Id.*

Even if Bonilla sufficiently established that he represents Petitioner's best interests, he has not established that Petitioner cannot appear on his own behalf to prosecute this action. *Cf. Bey v. N.Y. City Dep't of Corr.*, No. 13 Civ. 2573 (PAE) (KNF), 2013 WL 5405491, at *2 (S.D.N.Y. Sept. 20, 2013) (there was an adequate explanation why petitioner could not advocate for himself in a habeas proceeding where he was "imprisoned 'under complete lockdown'" and the prospective next friends' attempts to contact petitioner "ha[d] been unsuccessful"), *report & recommendation adopted,* 2013 WL 5952947 (S.D.N.Y. Nov. 7, 2013). A "lack of access to court cannot be presumed, but must be established." *Ahmed v. Bush*, Civil Action No. 05-665 (RWR), 2005 WL 6066070, at *1 (D.D.C. May 25, 2005); *see also Tarver v. Superintendent*, No. 9:20-CV-0108 (GTS), 2020 WL 586797, at *2 (N.D.N.Y. Feb. 6, 2020) (requiring "concrete evidence," including "documentary proof" of the inmate's inability to advocate for himself). The vague assertion that Petitioner cannot prepare and file the petition for himself "[d]ue to the limitations of detention and restricted access to legal resources" is not sufficient.

Accordingly, Bonilla must file an amended petition demonstrating that he has standing to proceed as "next friend" to Petitioner under the standard set forth in this order. Alternatively, to the extent Petitioner "believes he is entitled to habeas relief, [he] may file a petition on his own behalf in a new action." *Pritchard v. Jones*, No. 3:24-CV-1103 (SVN), 2024 WL 3595923, at *2 (D. Conn. July 31, 2024).

## CONCLUSION

For the reasons set forth above, the action is dismissed without prejudice. The action may be reopened if, by **April 24, 2026**, Bonilla files an amended petition demonstrating that he has standing to proceed as Petitioner's "next friend" under the standard set forth above. Alternatively, Petitioner may file a petition on his own behalf in a new case.[2]

The Clerk of Court is directed to send this order, the petition (Dkt. 1), and a blank 28 U.S.C. § 2241 petition form to both Petitioner (at the Buffalo Federal Detention Facility, 4250 Federal Drive, Batavia, New York 14020) and to Bonilla (37 Amby Ave, Plainview, New York 11803-3527).

SO ORDERED

Dated:      March 25, 2026
            Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Petitioner is advised that if he does so, the filing fee for a petition for a writ of habeas corpus is $5.00. 28 U.S.C. § 1914(a). If he cannot pay the filing fee, he may instead move to proceed *in forma pauperis* (that is, as a person who should have the prepayment of the ordinary filing fee waived because he cannot afford it).

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Juan Camilo Bonilla Lagos                    ,

                        Petitioner    ,                    26-cv-550
                                                           Consent

                v.

warden, Buffalo Federal Detetion Facility    ,

                        Respondent    .

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned hereby voluntarily **consents/refuses to consent** to the assignment of this case to a magistrate judge to conduct all proceedings in this case, including trial and the entry of final judgment. Any appeal from the judgment in this case shall be taken to the United States District Court of Appeals for the Second Circuit.

JCBL ✗ **I CONSENT**                          ~~I DO NOT CONSENT~~

Juan Camilo Bonilla lagos)                    Aaron A Stay
(Print Name)                                  3/30/2026

(Signature)                                   ~~Aaron A. Stay,~~
                                              ~~Notary Public, State of New York~~
3 30 2026                                     ~~No. 01ST0343537~~
(Date)                                        ~~Erie County~~
                                              ~~Commission Expires November 14, 2027~~

## INSTRUCTIONS FOR COMPLETING THIS CONSENT FORM

**If you are acting *pro se*, please complete this form and return it to the Clerk's office <u>within 30 days of receipt</u>.**

**If you are represented by counsel, forward the form to your attorney who should complete and return it to the Clerk's office <u>within 30 days of receipt</u>.**





PASAPORTE
PASSPORT

REPÚBLICA DE COLOMBIA

Tipo / Type — Cod. país / Country code — Pasaporte Nº / Passport No.
P — COL — **AZ329475**

Apellidos / Surname
**BONILLA LAGOS**

Nombres / Given names
**JUAN CAMILO**

Nacionalidad / Nationality
**COLOMBIANA**

Fecha de nacimiento / Date of birth
**05 DIC/DEC 1993**

Sexo / Sex
**M**

Lugar de nacimiento / Place of birth
**BOGOTA COL**

Fecha de expedición / Date of issue
**22 JUL/JUL 2022**

Fecha de vencimiento / Date of expiry
**21 JUL/JUL 2032**

Núm. personal / Personal No
**CC10245547048**

Autoridad / Authority
**C. NUEVA YORK**

Firma del titular / Holder's signature

P<COLBONILLA<LAGOS<<JUAN<CAMILO<<<<<<<<<<<
AZ329475<7COL9312052M3207213CC10245547048<<54

C301

## CLASS ACTION NOTICE

You may be a member of a class that has been certified by the United States District Court for the Central District of California in *Lazaro Maldonado Bautista et al. v. Ernesto Santacruz Jr et al.*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal. 2025). On December 18, 2025, the District Court issued a ruling that certain immigration detainees may be unlawfully detained and may seek release on bond or conditional parole under 8 U.S.C. § 1226(a). Therefore, you may be entitled to request release on bond or conditional parole by immigration officers; you may also be entitled to a bond hearing upon your request to the Immigration Court. At the bond hearing, the Immigration Judge may determine that you are eligible to be released on bond while your removal proceedings are pending.

If you have questions about your potential membership in the class or your rights under the District Court's ruling, you may call the attorneys representing the class at (415) 343-0770.

Served on date: ___02/25/26___

Served at location: __BFDF, Batavia, NY__

Name of person served: _Bonilla-Lagos, Juan_

Alien number of person served: ___241 687 518___

Name of officer serving notice: _R. Green_

ID number of officer serving notice: __DO12378__

Signed by serving officer: _____

# Civil Case Timeline
## ***This is a general timeline only - not all cases will proceed in this manner***



Case 1:26-cv-00783-JLS   Document 1   Filed 04/20/26   Page 16 of 27



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BATAVIA IMMIGRATION COURT**

Respondent Name:

   BONILLA-LAGOS, JUAN CAMILO

To:

   Ugeh, Ugo C
   8900 Sutphin Blvd
   Suite 204
   Jamaica, NY 11434

A-Number:
241-687-518
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
02/23/2026

## ORDER OF THE IMMIGRATION JUDGE

Based upon Respondent's admissions and concessions, the immigration court finds that Respondent is removable/inadmissible as charged in the Notice to Appear. Further, Respondent has made no application(s) for relief from removal under 8 C.F.R. § 1240.11.

**Order:** Respondent shall be removed to ECUADOR or in the alternative to COLOMBIA on the charge(s) contained in the Notice to Appear.

<u>Failure to Depart</u>: If Respondent is subject to a final order of removal and willfully fails or refuses (1) to depart from the United States pursuant to the immigration court's order, (2) to make timely application in good faith for travel or other documents necessary to depart the United States, (3) to present themselves at the time and place required for removal by the DHS, or (4) conspires to or takes any action designed to prevent or hamper their departure pursuant to the order of removal, Respondent shall be subject to a civil monetary penalty for each day Respondent is in violation, pursuant to INA§ 274D and 8 C.F.R. § 280.53(b)(14). If Respondent is removable pursuant to INA § 237(a), then Respondent shall be further fined and/or imprisoned for up to 10 years. See INA § 243(a)(1). Further, any Respondent that has been denied admission to, removed from, or has departed the United States while an order of exclusion, deportation, or removal is outstanding and thereafter enters, attempts to enter, or is at any time found in the United States shall be fined or imprisoned not more than two years, or both. 8 U.S.C. § 1326(a).

Here, DHS argues for the applicability of the U.S. agreement with Ecuador. See [Agreement Between the Government of the United States of America and the Government of the Republic of Ecuador Relating to the Transfer of Third-Country Nationals to Ecuador, 90 Fed. Reg. 51376 (November 17, 2025)].

The Court must consider applicability of such an agreement before it reaches the merits of a respondent's Form I-589. See Matter of C-I-G-M- & L-V-S-G-, 29 I&N Dec. 291, 296 (BIA 2025).

After DHS provides an alien with reasonable notice of its intent to remove him or her to a safe third country pursuant to the terms of an ACA, the alien bears the burden to prove by a preponderance of the evidence that the bar does not apply because he or she will more likely than not be persecuted or tortured in that country. See id. at 295 (citing 8 C.F.R. §§ 1240.8(d), 1240.11(h)(2)(iii); Matter of H-A-A-V-, 29 I&N Dec. 233, 234 (BIA 2025)). Given the "threshold" nature of the safe third country agreement bar, an Immigration Judge's assessment of the alien's fear of being removed to that country will "generally be … abbreviated" where there is no "substantial connection" between it and the alien. Id. at 296. If the alien meets his or her burden, then the Court will adjudicate the merits of the Form I-589; otherwise, removal will be ordered to the safe third country or countries. Id. at 296-97.

Under the agreement between the United States and Ecuador, Ecuador has generally committed to consider the protection requests of any third country national present in the U.S. See 90 F.R. 51377–51386. The agreement excludes "unaccompanied minors." Id., at 51384. By operation of regulation, the agreement may only be applied to third-country nationals who arrived at or entered the United States on or after November 19, 2019, the date the interim rule codifying the bar was published. See Matter of C-I-G-M- & L-V-S-G-, 29 I&N Dec. at 293-94 (citing preamble of Implementing Bilateral and Multilateral Asylum Cooperative Agreements Under the Immigration and Nationality Act, 84 Fed Reg. 63994, 63995-96 (Nov. 19, 2019)).

First, the Court finds that DHS has provided reasonable notice to the respondent(s) of its intent to effectuate removal to Ecuador under the agreement. The respondent(s) received notice in writing from DHS in the motion to pretermit. The respondent(s) was provided a reasonable opportunity to reply, which reply was received prior to issuance of this order.

The Court next finds, by a preponderance of the evidence, that the relevant agreement is applicable because the respondent(s) entered the United States after November 19, 2019, and is not an unaccompanied minor.

U.S. Department of Homeland Security    Subject ID : 400435149    Record of Deportable/Inadmissible Alien

| Family Name (CAPS): BONILLA-LAGOS, JUAN CAMILO | First | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|

| Country of Citizenship COLOMBIA | Passport Number and Country of Issue AZ125367 COLOMBIA | File Number CIP2610000455 241 687 518 | Height 70 | Weight 115 | Occupation LABORER |

U.S. Address
37 AMBY AVE PLAINVIEW, NEW YORK, 11803,

Scars and Marks
See Narrative

Date, Place, Time, and Manner of Last Entry
07/22/2022 Unknown Time. OTM, WI-Without Inspection    Passenger Boarded at

F.B.I. Number WWHE9W9TA
☐ Single
☐ Divorced ☐ Married
☐ Widower ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension
NCA

| Date of Birth 12/05/1993    Age: 31 | Date of Action 10/18/2025 | Location Code CIP/NYC | At/Near See I-831 | Date/Hour 10/18/2025 09:57 |
|---|---|---|---|---|

City, Province (State) and Country of Birth
COLOMBIA

AR ☒    Form (Type and No.) Lifted ☐ Not Lifted ☐

By
See Narrative

NIV Issuing Post and NIV Number    Social Security Account Name    Status at Entry    Status When Found

Date Visa Issued    Social Security Number    Length of Time Illegally in U.S.

Immigration Record
NEGATIVE

Criminal Record

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)

Number and Nationality of Minor Children
5-COLOMBIA

Father's Name, Nationality, and Address, if Known
JUAN NATIONALITY: COLOMBIA

Mother's Present and Maiden Name, Nationality, and Address, if Known
MALINE NATIONALITY: COLOMBIA

Monies Due/Property in U.S. Not in Immediate Possession
None Claimed

Fingerprinted? ☐ Yes ☒ No

Systems Checks
See Narrative

Charge Code Word(s)
See Narrative

Name and Address of (Last) Current U.S. Employer
See Narrative

Type of Employment
Employee

Salary
1800 Weekly    X to

Employed from to
10/18/2025

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

Left Index fingerprint    Right Index fingerprint

SCARS MARKS AND TATTOOS
-----------------------
TATTOO ARM, RIGHT, NONSPECIFIC - back of elbow
TATTOO ARM, LEFT, NONSPECIFIC - tat of maria jose
TATTOO ARM, LEFT, NONSPECIFIC - upper arm the writing of may you watch over me from the sky
TATTOO CHEST - right side has the word Sebastian
TATTOO CHEST - left side Ana

Subject Health Status ...(CONTINUED ON I-831)

J1145 URENA
Deportation Officer

Alien has been advised of communication privileges    (Date/Initials)    (Signature and Title of Immigration Officer)

Distribution:
A-FILE
STATS

Received: (Subject and Documents) (Report of Interview)
Officer: J1145 URENA
on October 18, 2025    (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: LANGLOIS, J 6827    JASON V LANGLOIS

Form I-213 (Rev. 08/01/07)

Exh. 3b - Adm.



# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## BATAVIA IMMIGRATION COURT

| | |
|---|---|
| Respondent Name: | A-Number: |
| BONILLA-LAGOS, JUAN CAMILO | 241-687-518 |
| To: | Riders: |
| Ugeh, Ugo C | In Removal Proceedings |
| 8900 Sutphin Blvd | Initiated by the Department of Homeland Security |
| Suite 204 | Date: |
| Jamaica, NY 11434 | 01/22/2026 |

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ The Department of Homeland Security has filed the following motion in these proceedings:
Motion to Accept Late Filing

After considering the facts and circumstances, the motion is ☑ granted ☐ denied for the following reason(s):

Therefore, the Motion to Pretermit is granted. As the respondent(s) has been found removable from the United States and made no other applications for relief, the Court orders them removed from the United States to Ecuador.

☐ denied for the following reason(s):
    ☐ Respondent has established *prima facie* eligibility for the relief requested.
    ☐ Other:

Immigration Judge: Lohr, Brandi 02/23/2026

Appeal:    Department of Homeland Security:  ☑ waived    ☐ reserved
            Respondent:                    ☐ waived    ☑ reserved
Appeal Due: 03/24/2026

### Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : BONILLA-LAGOS, JUAN CAMILO | A-Number : 241-687-518
Riders:
Date: 02/23/2026 By: PHAIR, DEANNA, Court Staff

 Un sitio oficial del Gobierno de Estados Unidos
Así es como lo sabe

 **EOIR**  Automated Case Information

---

### Court Closures Today  March 16, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Inicio  >  **BONILLA-LAGOS, JUAN CAMILO (241-687-518)**



# Información automatizada de casos

### Nombre: BONILLA-LAGOS, JUAN CAMILO |
### Número de registro de extranjero: 241-687-518 |
### Fecha de la lista de causas: 19/10/2025



## Información acerca de la próxima audiencia



*No hay audiencias futuras para este caso.*

## Información sobre Pedimentos y Fallos Judiciales

# OFFICE OF THE CHIEF CLERK
## 5107 LEESBURG PIKE, SUITE 2000
## FALLS CHURCH, VA 22041

## NUMERO DE TELÉFONO
### (703) 605-1007

Archivo

Accesibilidad

Calidad de Información

Política de Privacidad

Políticas Legales y Descargos de Responsabilidades
Redes Sociales

Presupuesto & Rendimiento

Oficina del Inspector General

No FEAR Act

Para Empleados
Ley de Libertad de Información en EOIR (FOIA, por sus siglas en inglés)

USA.gov

Comuníquese con EOIR

Página Principal de EOIR

Justice.gov
Immigration Court Online Resource

Comuníquese con la Asistencia Técnica

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

C301

## CLASS ACTION NOTICE

You may be a member of a class that has been certified by the United States District Court for the Central District of California in *Lazaro Maldonado Bautista et al. v. Ernesto Santacruz Jr et al.*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal. 2025). On December 18, 2025, the District Court issued a ruling that certain immigration detainees may be unlawfully detained and may seek release on bond or conditional parole under 8 U.S.C. § 1226(a). Therefore, you may be entitled to request release on bond or conditional parole by immigration officers; you may also be entitled to a bond hearing upon your request to the Immigration Court. At the bond hearing, the Immigration Judge may determine that you are eligible to be released on bond while your removal proceedings are pending.

If you have questions about your potential membership in the class or your rights under the District Court's ruling, you may call the attorneys representing the class at (415) 343-0770.

Served on date: ___02/25/26___

Served at location: ___BFDF, Batavia, NY___

Name of person served: ___Bonilla-Lagos, Jean___

Alien number of person served: ___741 687 518___

Name of officer serving notice: ___R. Green___

ID number of officer serving notice: ___DO12378___

Signed by serving officer: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

**INFORMATION REGARDING ASSIGNMENT OF**
**CASE TO MAGISTRATE JUDGE AND**                                    26-cv-550
**FORM  FOR CONSENT OR NON-CONSENT**

_____

This is to advise you that you may consent to proceed to disposition of this case before a Magistrate Judge pursuant to 28 U.S.C. § 636(c).  This means that if all the parties consent, a Magistrate Judge will handle all aspects of the case, including the trial, probably much sooner than the district judge assigned to the case.  You may, however, without penalty, withhold your consent, and the case will be tried by the district court judge.

If all parties consent to proceed before a Magistrate Judge, any appeal taken from the judgment in this case shall be made to the Court of Appeals for the Second Circuit.

The decision to consent or not to consent to proceed to disposition before a Magistrate Judge is entirely voluntary, but you **must** advise the Clerk of the U.S. District Court whether or not you would be willing to consent to disposition of the case by a magistrate judge **within 30 days of your receipt of this notice**.

Your response MUST be made to the Court on the attached form.

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

Uploaded on: 12/02/2025 at 03:41:57 PM (Eastern Standard Time) Base City: BTV

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name<br>BONILLA-LAGOS, JUAN CAMILO | File Number<br>241 687 518<br>Event No: CIP2610000455 | Date<br>10/18/2025 |
|---|---|---|

and citizen of Colombia. On or about July 2, 2022, BONILLA-LAGOS, arrived at Otay Mesa, CA with no documents to legally enter the United States. On July 2, 2022, BONILLA-LAGOS was arrested by US Border Patrol and released under Alternative to Detention program as a condition of parole.
BONILLA-LAGOS was processed for Warrant of Arrest/Notice to Appear as per section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act.

BONILLA-LAGOS (12/05/1993) was encountered by CBP, see Apprehension Event: BRF2207000051, Alien Number: 241687518 and FIN Number: 1322566448. POI is a match to JUAN CAMILO BONILLA LAGOS (12/05/1993, COC: CO) National ID: 1024547048, who per the provided hyperlink to Colombian government public records, HTTPS://PROCESOS.RAMAJUDICIAL.GOV.CO/JEPMS/BOGOTAJEPMS/ADJU.ASP?CP4=110016000000020180152900, was charged with THEFT and sentenced to 3 YRS 4 MOS and 0 DAYS. The charge and sentencing does appear to possibly rise to the level of a CIMT. For additional attachments and/or info refer to NTC event.
BONILLA-LAGOS stated that he was not arrested for this crime nor he was sentenced for this crime. He fears retuning back to Columbia because he was helping with the police in regard to those charges in Colombia.

APPLICATIONS:
BONILLA-LAGOS has no pending applications with the US Citizenship and Immigration Service.


CRIMINAL HISTORY:
No Criminal History


FBI #: WWHE9W9TA

FAMILY:
BONILLA-LAGOS claims to be married and has two children. BONILLA-MUR, JUAN SEBASTIAN A#241 687 520 (son), MARTINEZ-MUR, MARIA JOSE A#241 687 521 (Daughter)

CLAIM OF FEAR:
BONILLA-LAGOS does not claim fear of returning to Colombia.

HEALTH:
BONILLA-LAGOS claims to have depression and stated that he is taking the follow medication CYMBALTA .

PHONE CALL:
BONILLA-LAGOS was given the opportunity to make a call to the mother of his children Ana MURR (917) 361-4313.

MEAL:
BONILLA-LAGOS was offered a meal and bottle of water.

PROPERTY:
BONILLA-LAGOS had no funds at the time of his arrest.

BONILLA-LAGOS had miscellaneous property at the time of his arrest. DHS-589 # 1420808

CONSULATE:
BONILLA-LAGOS requested to not have the consulate of Colombia notified of his arrest.

DISPOSITION:
Officers served BONILLA-LAGOS the Detainee Locator, Consulate Notification, I-862 Notice to

| Signature<br>J1145 URENA | Title<br>Deportation Officer |
|---|---|

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)
Exh. 3b - Adm.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**

ONE RATE ● ANY WEIGHT



To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

Please recycle - again.

⬆ PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

APR 20
BUFFALO

## UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)     PHONE ( )

Juan Camilo Bonilla
13080 SW 248 St Unit # 8
Homestead Fl 33032 .

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE ( )

Clerk of Court
United States District Court
Western District of New York
2 Niagara Square
Buffalo NY 14202

Juan Bonilla Habeas Corpus

ZIP + 4® (U.S. ADDRESSES ONLY)



## UNITED STATES POSTAL SERVICE®

**E** PRIORITY MAIL EXPRESS®

**US POSTAGE PAID**   **Retail**

**$33.25**

Origin: 33032
04/17/26
1140520462-12

JUAN CAMIL BONILLA LAGOS
13080 SW 248TH ST
HOMESTEAD FL 33032-5706

0 Lb 6.90 Oz

SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 04/18/26  06:00  PM   RDC 07

SHIP TO:
CLERK OF COURT
WESTERN DISTRICT OF NEW YORK
2 NIAGARA SQ
BUFFALO NY 14202-3350

C030

USPS SIGNATURE® TRACKING #

9581 7134 4473 6107 4507 15





