# EMERGENCY MOTION TO PREVENT TRANSFER AND FOR IMMEDIATE REVIEW

Petitioner, Juan Camilo Bonilla Lagos, respectfully moves this Court for an order preventing his transfer to another detention facility and for immediate judicial review of his detention.

Petitioner is currently detained at the Buffalo Federal Detention Facility in Batavia, New York.

Petitioner has a final order of removal; however, he has a pending appeal before the Board of Immigration Appeals (BIA). Therefore, his case is not yet final.

Despite his pending appeal, Petitioner remains in continued immigration detention.

Petitioner is at risk of being transferred to another facility, which would interfere with his ability to pursue his legal case and access the Court.

Additionally, Petitioner has been subjected to restrictive conditions, including placement on suicide watch and segregation, which have negatively impacted his mental health.

Petitioner's continued detention is prolonged, unreasonable, and should be reviewed immediately by this Court.

WHEREFORE, Petitioner respectfully requests that this Court:

(1) Order that Petitioner not be transferred from his current place of detention;

(2) Conduct an immediate review of his detention; and

(3) Grant any further relief the Court deems just and proper, including release or a bond hearing.

Executed on: April 8, 2026

Juan Camilo Bonilla Lagos



# CERTIFICATE OF SERVICE

I, Juan Camilo Bonilla Lagos, certify that I have served a copy of this Petition for Writ of Habeas Corpus, Motion, Declaration, and supporting documents on the Office of the United States Attorney for the Western District of New York by placing it in the institutional mail system.

Office of the United States Attorney

Western District of New York

138 Delaware Avenue

Buffalo, NY 14202


Executed on: April 8, 2026


Juan Camilo Bonilla Lagos

# DECLARATION IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

I, Juan Camilo Bonilla Lagos, declare under penalty of perjury that the following is true and correct:

I am currently detained at the Buffalo Federal Detention Facility in Batavia, New York. I have been in immigration detention for a prolonged period of time.

I have a pending appeal before the Board of Immigration Appeals. Despite my appeal being pending, I remain detained without a final resolution of my case.

My continued detention has become prolonged, unreasonable, and excessive. I have not been provided with a meaningful opportunity for release on bond.

During my detention, I have been subjected to severe and restrictive conditions. I was placed on suicide watch and held under constant observation. I was also placed in segregation and denied normal activities such as recreation and visitation. These conditions have had a serious and negative impact on my mental health.

I am not a danger to the community and I am not a flight risk. I am willing to comply with any conditions the Court may impose if I am released.

I respectfully request that this Court review my continued detention and grant me release from custody, or in the alternative, order a bond hearing.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: April 8, 2026


Juan Camilo Bonilla Lagos