UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---

JUAN CAMILO BONILLA LAGOS,

Petitioner,

v.                                          26-CV-783 (JLS)

WARDEN, BUFFALO FEDERAL
DETENTION FACILITY,

Respondent.

---

## ORDER

*Pro se* petitioner Juan Camilo Bonilla Lagos is a civil immigration detainee currently detained at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in violation of the United States Constitution and federal laws. *See* Dkt. 1. He also filed a "Motion to Prevent Transfer and for Immediate Review," which the Court construes as a motion for a temporary restraining order ("TRO"). Dkt. 2. He paid the $5.00 filing fee.

IT IS HEREBY ORDERED that, by **May 12, 2026**, Respondents shall file and serve an **answer** responding to the allegations in the petition; and it is further

ORDERED that, by **May 12, 2026**, Respondent shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **May 12, 2026**, instead of an answer, Respondent may file a **motion to dismiss** the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that, by **May 12, 2026**, Respondent shall respond to the balance of the TRO motion; and it is further

ORDERED that Petitioner's written response to Respondent's answer or motion to dismiss, as well as Petitioner's reply in further support of the balance of his TRO motion, is due by **May 26, 2026**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition (Dkt. 1) and the motion for a TRO (Dkt. 2), together with a copy of this order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

Dated:  April 21, 2026
    Buffalo, New York

             _____
             JOHN L. SINATRA, JR.
             UNITED STATES DISTRICT JUDGE