

US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$001.03°
04/21/2026 ZIP 14202
043M31274707

USDC - WDNY
MAY 0 7 2026
BUFFALO

Juan Camilo Bonilla Lagos
13080 SW 248th St
Homestead, FL 33032

NIXIE    326    DE 1    0095/01/26

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 142023350099    *0713-16225-22-19

CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350

OFFICIAL BUSINESS