

## U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*      *(585) 263-6760*
*Rochester, New York 14614*      *fax (585) 399-3920*
*Writer's Direct: (585) 399-3979*
*Adam.Khalil@usdoj.gov*

May 8, 2026

The Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

   **Re:** **Lagos v. Warden, et al.**
     **26-cv-00783-JLS**

Dear Judge Sinatra:

  As the attached Form I-213, Record of Deportable/Inadmissible Alien indicates, Petitioner was encountered at or near the United States border with Mexico upon his illegal entry.[1] This Court's prior holdings in *Candido* and *Castillo* therefore apply, because he fits within the carve-out created by the Second Circuit in *Da Cunha:*

> Section 1225(b)(2)(A) applies to those noncitizens who present themselves at a port of entry for admission, or who cross the physical border into the United States but are apprehended at the "threshold of initial entry." *Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 107, 140, 140 S.Ct. 1959, 207 L.Ed.2d 427 (2020) (holding that a noncitizen "apprehended just 25 yards from the border" had not effected an "entry"); *see also Leng May Ma v. Barber*, 357 U.S. 185, 189, 78 S.Ct. 1072, 2 L.Ed.2d 1246 (1958) (treating noncitizens paroled into the country "as [if] stopped at the boundary line").

*Da Cunha v. Freden*, No. 25-3141-PR, 2026 WL 1146044, at *6 (2d Cir. Apr. 28, 2026).

        Respectfully submitted,

        MICHAEL DIGIACOMO
        United States Attorney
        Western District of New York

     BY: /s/ Adam A. Khalil
       Assistant United States Attorney

---

[1] This document was provided by ICE. If the Court instructs, a declaration attesting to the facts or to the accuracy of the document will be submitted.

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| BONILLA-LAGOS, JUAN CAMILO | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| COLOMBIA | AZ125367 COLOMBIA | CIP2610000455 241 687 518 | | 70 | 115 | LABORER |

| U.S. Address | | Scars and Marks |
|---|---|---|
| 37 AMBY AVE PLAINVIEW, NEW YORK, 11803, | | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 07/22/2022 Unknown Time, OTM, WI-Without Inspection | | ▓▓▓▓▓ | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ▓▓▓1993    Age: 31 | | 10/18/2025 | CIP/NYC | See I-831 | 10/18/2025 09:57 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| COLOMBIA | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name. if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 5-COLOMBIA |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| JUAN NATIONALITY: COLOMBIA | MALINE NATIONALITY: COLOMBIA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☒ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | | Employed from/to |
|---|---|---|---|---|
| See Narrative | Employee | 1800 Weekly    X Hr | | 10/18/2025 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

Left Index fingerprint        Right Index fingerprint

SCARS MARKS AND TATTOOS
------------------------
TATTOO ARM, RIGHT, NONSPECIFIC - back of elbow
TATTOO ARM, LEFT, NONSPECIFIC - tat of maria jose
TATTOO ARM, LEFT, NONSPECIFIC - upper arm the writing of may you watch over me from the sky
TATTOO CHEST - right side has the word Sebastian
TATTOO CHEST - left side Ana

Subject Health Status ...(CONTINUED ON I-831)

J1145 URENA
Deportation Officer
(Signature and Title of Immigration Officer)

| Alien has been advised of communication privileges _10/18/25 CO_ (Date/Initials) | |
|---|---|

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| A-FILE | Officer: J1145 URENA |
| | on: October 18, 2025                                  (time) |
| STATS | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: LANGLOIS, J 6827    JASON V LANGLOIS |

Form I-213 (Rev. 08/01/07)

| Alien's Name<br>BONILLA-LAGOS, JUAN CAMILO | File Number<br>241 687 518<br>Event No: CIP2610000455 | Date<br>10/18/2025 |
|---|---|---|

```
---------------------
The subject claims good health.

Current Administrative Charges
------------------------------
10/18/2025 - 212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA


RECORDS CHECKED
```

██████████████

```
NAME AND ADDRESS OF US EMPLOYER
-------------------------------
 new Arena Medical Office, 8217 Woodhaven Blvd Apt # 1, Ridgewood, NEW YORK, 11385, UNITED
STATES

ARRESTING AGENTS
----------------
M1193 F. DAMIANO
P6735 HEEREY
K 6647 REY


AT/NEAR
--------
Plainview, NY

Record of Deportable/Excludable Alien:
--------------------------------------
DEPORTATON OFFICER SIGNING THE I-213 ONLY RESPONSIBLE FOR PROCESSING SUBJECT

ARREST:
Arrest:
On Saturday October 18, 2025, at approximately 0820 hours, Long Island Fugitive Operation,
HSI, DEA and FBI Special Agents arrested BONILLA Lagos, Juan Camilo (A 241 687 518 DOB
███████1993) a 31-year-old male citizen of Colombia pursuant to an I-200 Warrant of Arrest.
At approximately 0805 hours officers observed a male that fit the target's description
exiting the target address and getting into a gray Jeep Wrangler. A car stop was conducted
in front of 449 South Oyster Bay Rd Plainview, NY 11803. Officers presented themselves as
officers with Immigration and Customs Enforcement, and requested identification from the
individual. The subject verbally confirmed his name. The target was positively identified.
The subject was placed under arrest at the scene without incident. At approximately 0840
hours, Officers left the area and transported BONILLA Lagos to 535 Federal Plaza Central
Islip, NY for processing.

(PREVIOUS IS ARRESTING/CASE OFFICERS NARRATIVE OF ARREST).

ALIENAGE AND REMOVABILITY:
BONILLA-LAGOS is not a national or citizen of the United States. BONILLA-LAGOS is a national
```

| Signature<br>J1145 URENA | Title<br>Deportation Officer |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

| Alien's Name<br>BONILLA-LAGOS, JUAN CAMILO | File Number<br>241 687 518<br>Event No: CIP2610000455 | Date<br>10/18/2025 |
|---|---|---|

and citizen of Colombia. On or about July 2, 2022, BONILLA-LAGOS, arrived at Otay Mesa, CA with no documents to legally enter the United States. On July 2, 2022, BONILLA-LAGOS was arrested by US Border Patrol and released under Alternative to Detention program as a condition of parole.
BONILLA-LAGOS was processed for Warrant of Arrest/Notice to Appear as per section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act.

BONILLA-LAGOS (████/1993) was encountered by CBP, see Apprehension Event: BRF2207000051, Alien Number: 241687518 and FIN Number: 1322566448. POI is a match to JUAN CAMILO BONILLA LAGOS ████/1993, COC: CO) National ID: 1024547048, who per the provided hyperlink to Colombian government public records, HTTPS://PROCESOS.RAMAJUDICIAL.GOV.CO/JEPMS/BOGOTAJEPMS/ADJU.ASP?CP4=11001600000020180152900, was charged with THEFT and sentenced to 3 YRS 4 MOS and 0 DAYS. The charge and sentencing does appear to possibly rise to the level of a CIMT. For additional attachments and/or info refer to NTC event.
BONILLA-LAGOS stated that he was not arrested for this crime nor he was sentenced for this crime. He fears retuning back to Columbia because he was helping with the police in regard to those charges in Colombia.

APPLICATIONS:
BONILLA-LAGOS has no pending applications with the US Citizenship and Immigration Service.


CRIMINAL HISTORY:
No Criminal History


FBI #: ███████

FAMILY:
BONILLA-LAGOS claims to be married and has two children. ███████████████████
███████ (son), ███████████████████████████ (Daughter)

CLAIM OF FEAR:
BONILLA-LAGOS does not claim fear of returning to Colombia.

HEALTH:
BONILLA-LAGOS claims to have depression and stated that he is taking the follow medication ███████.

PHONE CALL:
BONILLA-LAGOS was given the opportunity to make a call to the mother of his children ███
███████████████.

MEAL:
BONILLA-LAGOS was offered a meal and bottle of water.

PROPERTY:
BONILLA-LAGOS had no funds at the time of his arrest.

BONILLA-LAGOS had miscellaneous property at the time of his arrest. DHS-589 # 1420808

CONSULATE:
BONILLA-LAGOS requested to not have the consulate of Colombia notified of his arrest.

DISPOSITION:
Officers served BONILLA-LAGOS the Detainee Locator, Consulate Notification, I-862 Notice to

| Signature<br>J1145 URENA | Title<br>Deportation Officer |
|---|---|

3 of 4 Pages

| Alien's Name | File Number | Date |
|---|---|---|
| BONILLA-LAGOS, JUAN CAMILO | 241 687 518<br>Event No: CIP2610000455 | 10/18/2025 |

Appear, I-200 Warrant for Arrest, Free Legal Services List, and other documents related to their removal. Bed space was approved by SDDO. BONILLA Lagos was transported to 26 Federal Plaza, New York, NY for housing.

Other Identifying Numbers
-------------------------
ALIEN-241687518

| Signature | Title |
|---|---|
| J1145 URENA | Deportation Officer |

4 of 4 Pages