UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JUAN CAMILO BONILLA LAGOS,

                              Petitioner,

        v.                                                      26-CV-00783 JLS

WARDEN, Buffalo Federal Detention Center,

                              Respondent.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

That on May 8, 2026, she served a copy of the **Letter to The Honorable John L. Sinatra, Jr. (Doc. 10),** by placing a copy of same in a post-paid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at the USPS mailbox located at 100 State Street, Rochester, New York 14614.

> Juan Camilo Bonilla Lagos
> A241-687-518
> BUFFALO FEDERAL DETENTION FACILITY
> 4250 Federal Drive
> Batavia, NY 14020

I further state that service was made in compliance with Local Rule 7(a)(8) regarding service of unpublished decisions.

                              s/JACQUELINE MARKIDIS
                              Legal Administrative Specialist