United States District Court
WESTERN DISTRICT OF NEW YORK

JUAN CAMILO BONILLA LAGOS

v.

WARDEN, BUFFALO FEDERAL DETENTION, ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 26-CV-783

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Respondents are to provide Petitioner with a bond hearing by no later than July 1, 2026.

Date: June 29, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Colin J.
Deputy Clerk